United States District Court
Southern District of Texas
**ENTERED**
May 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

KDS LAND DEVELOPMENT, LLC    §
    *Plaintiff*    §
        §
v.    §    C.A. NO.:  7:23-cv-333
        §
LANDMARK AMERICAN    §
INSURANCE COMPANY    §
    *Defendant*    §

## ORDER OF DISMISSAL

After considering the parties' Stipulation of Dismissal, the Court GRANTS the

stipulation and ORDERS that this matter is dismissed with prejudice.

_May 28, 2024_____
    DATE

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE